AO440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

AVNET, INC.,

V.

BAX GLOBAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04cv12563 NG

TO: (Name and address of Defendant)   Bax Global
    290 McClellan Highway
    E. Boston, MA 02118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robinson & Cole LLP
Attn:  David B. Wilson
One Boston Place
Boston, MA 02108-4404
Tel 617-557-5900

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  12-7-04

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| Service of the Summons and Complaint was made by me (1) | | DATE | December 10, 2004 |
| NAME OF SERVER | BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __MS. KATIE WALLACE, RECEPTIONIST AND__
Duly Authorized Agent for the within-named __BAX GLOBAL__
Said service was made at:
__290 MCCLELLEN HIGHWAY, EAST BOSTON__, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| | SERVICE FEE $ | 27.00 | Trips | |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __December 10, 2004__         *Brian Doyle* (signature)
                 Date                                             Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**         **One Devonshire Place**         Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**            Fax #          (617) 720-5737