UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04-12563-NG

**AVNET, INC.**

**VS.**

**BAX GLOBAL**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, Bax Global, in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Collins"
**Thomas J. Muzyka**
**BBO NO. 365540**
**Robert E. Collins**
**BBO NO: 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   February 1, 2005