UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-12563-NG

**AVNET, INC.**

**VS.**

**BAX GLOBAL**

**DEFENDANT, BAX GLOBAL'S, ANSWER TO PLAINTIFF'S COMPLAINT**

Now comes the defendant, Bax Global, in the above-captioned matter, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and respond to the allegations contained in Plaintiff's Complaint as follows:

**PARTIES, JURISDICTION AND VENUE**

1.  The defendant denies personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 1 and, therefore, denies same.

2.  The defendant denies that it is a Massachusetts corporation, but admits the remaining allegations contained in Paragraph 2.

3.  The defendant admits that it is a common carrier of goods for hire within the United States, but denies the remaining allegations contained in Paragraph 3.

4.  The allegations contained in Paragraph 4 are statements of law to which no answer is required of this defendant. To the extent an answer is required, defendant denies same.

5.  The allegations contained in Paragraph 5 are statements of law to which no answer is required of this defendant. To the extent an answer is required, defendant denies same.

### FACTS

6.  The defendant denies personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 6 and, therefore, denies same.

7.  The defendant admits that through a third party trucker it picked up a package on December 9, 2002. The defendant denies personal knowledge or information sufficient to form a belief as to the remainder of the allegations contained in paragraph 7 and, therefore, denies same.

8.  The defendant The defendant denies personal knowledge or information sufficient to form a belief as to the

   truth of the allegations contained in Paragraph No. 8
   and, therefore, denies same.

9.  The defendant denies the allegations contained in
    Paragraph 9.

10. The defendant denies the allegations contained in
    Paragraph 10.

11. The defendant denies the allegations contained in
    Paragraph 11.

12. The defendant denies the allegations contained in
    Paragraph 12.

### First Cause of Action
### (Carmack Amendment)

13. The defendant realleges and reaffirms its responses
    to the allegations contained in Paragraphs 1 through
    12 inclusive, as though fully set forth herein.

14. The defendant denies the allegations contained in
    Paragraph No. 14.

**WHEREFORE**, the defendant, Bax Global, prays that this Honorable Court dismiss Plaintiff's Complaint and Demand for Jury trial together with costs and reasonable attorney's fees.

## AFFIRMATIVE DEFENSES

The defendant, Bax Global, incorporates the following Affirmative Defenses into each and every Count in its Answer as follows:

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that the Complaint fails to state a claim upon which relief can be granted.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that their liability is governed by the terms and conditions of the Carmack Amendment, 49 U.S.C. §14706.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that the damage, if incurred, was due to the acts of faults of a third party, for which the defendant is not liable.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that pursuant to the Carmack Amendment and/or the tariff, the liability of the defendant, if any, is limited.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that pursuant to its tariff and pursuant to their conditions of carriage as set forth in the relevant contract of transportation, defendant is

not liable to plaintiff or in the alternative, defendant's liability is limited.

**WHEREFORE**, the defendant, Bax Global, prays that this Honorable Court dismiss Plaintiff's Complaint and Demand for Jury Trial with costs and reasonable attorney's fees.

**THE DEFENDANT, BAX GLOBAL, DEMANDS TRIAL BY JURY ON ALL ISSUES RAISED IN PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL, AND ITS ANSWERS AND AFFIRMATIVE DEFENSES CONTAINED HEREIN.**

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Robert E. Collins"
Thomas J. Muzyka
BBO NO: 365540
Robert E. Collins
BBO NO: 555843
One Washington Mall
Suite 1400
Boston, MA 02108

February 1, 2005