UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-12563-NG

**AVNET, INC.,**
    **Plaintiff**

VS.

**BAX GLOBAL, INC.,**
    **Defendant-Third Party Plaintiff**

VS.

**PTG LOGISTICS, LLC,**
    **Third Party Defendant**

### DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO FILE THIRD PARTY COMPLAINT

Now comes the defendant, Bax Global, Inc., in the above-entitled action, by and through its undersigned counsel, and submits its Memorandum of Law in support of its Motion pursuant to Rule 14(a) to file Third Party Complaint against Third Party Defendant PTG Logistics, LLC.

This matter involves a Complaint for property damage to a parcel that was picked up at EMC Corporation on December 9, 2002. Bax Global, Inc. was engaged to transport the cargo to New York, New York. Bax Global, Inc. has a previous Cartage Agreement with PTG Logistics, LLC, to pick up parcels and transfer them to the Bax Global Terminal in East Boston, Massachusetts. PTG Logistics, LLC picked up the parcel and, upon its arrival at the Bax Global Terminal

in East Boston, Massachusetts, it was found to have been damaged during the trucking by PTG Logistics, LLC.

Defendant moves this Honorable Court pursuant to Rule 14(a) to add the Third Party Defendant. The matter was filed in the United States District Court for the District of Massachusetts on December 10, 2004 and Defendant's Answer was filed on February 1, 2005. The matter is early in discovery, as no written or deposition discovery has been propounded and the court has not yet had an initial scheduling conference.

Accordingly, the defendant prays this Honorable Court for permission to file the Third Party Complaint against Third Party Defendant, PTG Logistics, LLC.

WHEREFORE, the defendant prays this Honorable Court grant its Motion pursuant to Rule 14(a) of the Federal Rules of Civil Procedure to file a Third Party Complaint against Third Party Defendant, PTG Logistics, LLC.

**Respectfully Submitted**

By its attorney,

**"/s/ Robert E. Collins"**
**Thomas J. Muzyka**
**BBO NO. 365540**
**Robert E. Collins**
**BBO NO. 555843**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  March 8, 2005