UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | | |
|---|---|---|
| AVNET INC.,<br><br>                Plaintiff,<br><br>        vs.<br><br>BAX GLOBAL,<br><br>                Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.  04 CV 12563 (NG) |

ASSENT TO THIRD PARTY COMPLAINT

        Plaintiff Avnet, Inc. hereby assents to the filing of a Third Party Complaint in the above-referenced matter.

                                    **AVNET, INC.,**
                                    **By its attorneys,**
                                    **ROBINSON & COLE LLP**

                                    **   /s/ David B. Wilson**
                                    David B. Wilson, BBO # 548359
                                    One Boston Place
                                    Boston, MA 02108-4404
                                    Tel 617-557-5900

Dated: March 14, 2005

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 14, 2005, I served a true and complete copy of the foregoing document on defendant's counsel, Robert E. Collins, Esq., Clinton & Muzyka PC, One Washington Mall, #1400, Boston, MA  02108.  Signed under the penalties of perjury.

                                    **   /s/ David B. Wilson**

852325