UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| AVNET INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>BAX GLOBAL,<br><br>          Defendant. | Civil Action No.  04 CV 12563 (NG) |

### PLAINTIFF'S RULE 16.1(D)(3) CERTIFICATION

Pursuant to the provisions of Local Rule 16.1(D)(3), plaintiff Avnet, Inc. and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ROBINSON & COLE LLP                    AVNET, INC.

_David B. Wilson_                      _Angela Liapis_
David B. Wilson, BBO # 548359          by: Angela Liapis / Chubb Insurance
One Boston Place
Boston, MA 02108-4404

851391

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2005, I caused to be served a true and complete copy of the foregoing document on counsel via first class mail, postage prepaid, addressed as follows:

>Robert E. Collins, Esq.
>Clinton & Muzyka PC
>One Washington Mall, #1400
>Boston, MA  02108

Signed under the penalties of perjury.

                                 /s/
                                 David B. Wilson