UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| AVNET INC., : <br><br> Plaintiff, : <br><br> vs. : <br><br> BAX GLOBAL, : <br><br> Defendant. : | Civil Action No. 04 CV 12563 (NG) |

**AFFIDAVIT OF GREGORY J. LIGELIS**

I, Gregory J. Ligelis, depose and state as follows:

1. I make this affidavit based on my personal knowledge.

2. I am a partner at the law firm of Robinson & Cole LLP, with offices in Boston, Massachusetts, Hartford, Connecticut; Stamford, Connecticut and New York, New York.

3. I have been admitted to practice law in New York (October 1975) and in Connecticut (March 1989).

4. I am a member in good standing and eligible to practice in the federal courts of the Eastern District of New York, Southern District of New York, Western District of New York, Northern District of New York, District of Connecticut, Second Circuit, United States Court of Appeals and the Untied States Court of International Trade.

851389

5.    I am not currently suspended or disbarred in any jurisdiction; and there are no disciplinary actions pending against me.

Signed under the penalties of perjury on March 30, 2005.

_____
Gregory J. Ligelis

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| AVNET INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BAX GLOBAL,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 04 CV 12563 (NG)<br>:<br>:<br>: |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF GREGORY J. LIGELIS**

　　David B. Wilson, counsel for plaintiff in this case and a member in good standing before this Court, hereby moves pursuant to Rule 83.5.3(b) of the Local Civil Rules for the United States District Court, for the admission and appearance in this case of co-counsel Gregory J. Ligelis, *pro hac vice*.

　　1.　　Gregory J. Ligelis is a partner at Robinson & Cole LLP. His address is Robinson & Cole LLP, Financial Centre, P.O. Box 10305, Stamford, Connecticut 06904-2305. His telephone number is (203) 462-7516.

　　2.　　Gregory J. Ligelis is a member in good standing of the State Bar of Connecticut, and New York.

　　3.　　The nature of this action involves complex legal and factual issues in a complex field of law in which Mr. Ligelis has special knowledge.

851356

4.     Gregory J. Ligelis is associated with and personally appearing with him in these proceedings is David B. Wilson, BBO # 548359, Robinson & Cole LLP, One Boston Place, Boston, MA  02108-4404; Tel 617-557-5900, who is duly and legally admitted to practice in the Massachusetts.

6.     Defendant has graciously assented to this motion.

7.     In further support of this motion plaintiff attaches as Exhibit A the Affidavit of Gregory J. Ligelis.

WHEREFORE, plaintiff respectfully requests that Gregory J. Ligelis be admitted to practice before this Court *Pro Hac Vice* for the purpose of appearing as counsel for plaintiff in the above-referenced proceedings in accordance with the Rules of this Court.

>Respectfully submitted,
>
>Plaintiff Avnet, Inc., by its attorneys,
>
>/s/ David B. Wilson
>David B. Wilson  (BBO# 548359)
>ROBINSON & COLE LLP
>One Boston Place
>Boston, Massachusetts 02108-4404
>Tel 617-557-5900

DATED:  May 9, 2005

## CERTIFICATE OF SERVICE

 I hereby certify that on May 9, 2005, I served a true and complete copy of the foregoing document on counsel as follows:

   Robert E. Collins, Esq.
   Clinton & Muzyka PC
   One Washington Mall, #1400
   Boston, MA  02108

 Signed under the penalties of perjury.

       /s/  David B. Wilson
       David B. Wilson