UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AVNET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  04-CV-12563 (NG) |
| | ) | |
| BAX GLOBAL and | ) | |
| PTG LOGISTICS LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO AMEND COMPLAINT TO
ADD DEFENDANT PTG LOGISTICS LCC**

      Plaintiff Avnet, Inc. moves to amend its complaint in this action based upon the third party complaint filed by defendant BAX Global to add a second defendant, PTG Logistics LLC ("PTG").  In support of this motion, plaintiff states that it is amending its complaint to add PTG based on the allegations set forth in defendant BAX Global's third party complaint against PTG that PTG is responsible for plaintiff's loss.

                                                                                  Respectfully submitted,
                                                                                  **PLAINTIFF, AVNET, INC.**
                                                                                  **By its attorneys,**

                                                                                /s/  David B. Wilson
                                                                               David B. Wilson (BBO# 548359)
                                                                                ROBINSON & COLE LLP
                                                                                One Boston Place
                                                                                Boston, MA  02108
                                                                                Tel 617-557-5900
                                                                                Fax: 617-557-5999
                                                                                dwilson@rc.com

Dated:  May 9, 2005

857502

Certificate of Service

      I hereby certify that on May 9, 2005 I caused a copy of the foregoing document to be served by first class mail, postage prepaid, addressed as follows:

        Robert E. Collins, Esq.
        Clinton & Muzyka PC
        One Washington Mall, #1400
        Boston, MA  02108

        Andrew J. Fay
        Tobin, Sullivan, Fay & Grunebaum
        Wellesley Office Park
        60 William Street
        Wellesley, MA 02481

    Signed under the penalties of perjury.

                                        /s/ David B. Wilson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVNET, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BAX GLOBAL and )<br>PTG LOGISTICS LLC, )<br>)<br>Defendants )<br>) | Civil Action No.  04-CV-12563 (NG) |

**FIRST AMENDED COMPLAINT**

Plaintiff Avnet, Inc. ("Avnet" or "Plaintiff"), by its attorneys Robinson & Cole LLP, alleges the following, upon information and belief, in its First Amended Complaint against BAX Global and PTG Logistics LLC ("Defendants"):

**PARTIES, JURISDICTION AND VENUE**

1. Avnet is an Arizona corporation with an office and place of business at 2211 South 47th Street, Phoenix, Arizona  85034.

2. Defendant BAX Global ("BAX") is a Massachusetts corporation engaged in business as a common carrier of goods for hire and upon information and has an office and place of business at 290 McClellan Highway, East Boston, Massachusetts 02128.

3. Defendant BAX was at all times herein mentioned, and still is, a common carrier of goods for hire within the United States and derives substantial revenue from interstate commerce.

4.     Defendant PTG Logistics, LLC ("PTG") is an Ohio corporation with a principal place of business at One Northlake Building, Suite 450, 11500 Northlake Drive, Cincinnati, Ohio.  At all times material hereto, PTG was a trucking firm with an office at 2 Neptune Road, East Boston, Massachusetts  02128, and is a common carrier of goods for hire within the United States and derives substantial revenue from interstate commerce.

5 .     This is an action for the recovery of damages under the Carmack Amendment to the Interstate Commerce Act, as amended, 49 U.S.C. § 14706, for goods that were damaged in the course of transportation in interstate commerce by a motor common carrier.  Jurisdiction is based on the Interstate Commerce Act, 49 U.S.C. § 10101, et seq. and 28 U.S.C. § 1337, and Diversity of Citizenship 28 U.S.C. § 1337.

6 .     There is personal jurisdiction over Defendant BAX.  BAX entered into a contract with Avnet to transport cargo between Massachusetts and New York City.

7 .     There is personal jurisdiction over PTG, since PTG has an office at 2 Neptune Road, East Boston, Massachusetts  02128.

## FACTS

8.     EMC Corporation ("EMC"), on behalf of Avnet, entered into a contract with BAX to transport some network storage systems from EMC at 176 Grove Street, Franklin, Massachusetts to McGraw Hill Companies, Inc. ("McGraw Hill") in New York.

9.     On May 7, 2001, Defendant BAX entered into a contract with Defendant PTG to provide services to pick up parcels for transshipment by BAX.

10. Upon information and belief, on December 9, 2002, PTG picked up a shipment of 2 YMETRIX three lab 8830 network storage system units sold by Avnet to McGraw Hill in New York City for delivery to the BAX terminal in East Boston, Massachusetts.

11. PTG picked up the shipment in Franklin, Massachusetts in good order and condition to be delivered to Avnet's customer, McGraw Hill at 55 Water Street, New York, New York 10041.

12. BAX issued Bill of Lading No. 185 157906 for the shipment.

13. Upon arrival of the BAX terminal in East Boston, Massachusetts, it was discovered that the freight was damaged.

14. The freight was returned to EMC.

15. As a result, Avnet's cargo was damaged in the amount of $1,389,234.50.

16. To date, the claim has not been paid by BAX or PTG despite demands from Avnet for payment.

**First Cause of Action**
**(Carmack Amendment)**

17. Avnet repeats and realleges paragraphs 1 through 16 as though set forth at length herein.

18. Defendants are liable to Avnet as a common carrier for the damage suffered in transit for $1,389,234.50, plus interest from December 11, 2002.

**WHEREFORE,** Avnet demands judgment against Defendants Bax and PTG for the sum of $1,389,234.50, together with interest and costs from December 6, 2004.

Respectfully submitted,

**PLAINTIFF, AVNET, INC.
By its attorneys,**

 /s/ David B. Wilson
David B. Wilson (BBO# 548359)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108
Tel 617-557-5900
Fax: 617-557-5999
dwilson@rc.com

Dated:  May 9, 2005

Certificate of Service

I hereby certify that on May 9, 2005 I caused a copy of the foregoing document to be served by first class mail, postage prepaid, addressed as follows:

> Robert E. Collins, Esq.
> Clinton & Muzyka PC
> One Washington Mall, #1400
> Boston, MA  02108
>
> Andrew J. Fay
> Tobin, Sullivan, Fay & Grunebaum
> Wellesley Office Park
> 60 William Street
> Wellesley, MA 02481

Signed under the penalties of perjury.

 /s/ David B. Wilson
David B. Wilson
