UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-12563-NG

AVNET, INC.,
    Plaintiff

VS.

BAX GLOBAL, INC.,
    Defendant-Third Party Plaintiff

VS.

PTG LOGISTICS, LLC,
    Third Party Defendant

### DEFENDANT, BAX GLOBAL, INC., ASSENTS TO MOTION FILED BY AVNET, INC. TO AMEND COMPLAINT

Now comes the defendant, Bax Global, Inc., and assents to the Motion filed by Avnet, Inc. to Amend its Complaint to add Third Party Defendant, PTG Logistics, LLC as a direct defendant.

    **Respectfully Submitted**

    By its attorney,

    "/s/Robert E. Collins"
    **Thomas J. Muzyka**
    BBO NO. 365540
    **Robert E. Collins**
    BBO NO. 555843
    One Washington Mall
    Suite 1400
    Boston, MA 02108
    (617) 723-9165

Dated:  May 10, 2005