UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AVNET, INC., | CIVIL ACTION NO. |
|     Plaintiff | 04-CV-12563-NG |

v.

BAX GLOBAL
    Defendants/Third Party Plaintiff

v.

PTG LOGISTICS LLC,
    Third Party Defendants

## ANSWER TO THIRD PARTY COMPLAINT

The third party defendant, PTG Logistics, LLC ("PTG") hereby answers the defendant/ third party plaintiff, BAX Global, Inc.'s Third Party Complaint as follows:

### THE PARTIES

1.  The third party defendant is without sufficient knowledge to admit or deny the allegations of Paragraph 1.

2.  The third party defendant denies that it had "an office at 2 Neptune Road, East Boston, Massachusetts 02128" and admits the remaining allegations in Paragraph 2 of the Third Party Complaint in Paragraph 2.

### JURISDICTION

3.  The allegations contained in Paragraph 3 are statements of law to which no answer is required of the third party defendant. To the extent an answer is required, the third party defendant denies same.

## INCIDENT

4. The third party defendant denies the allegations of Paragraph 4 of the Third Party Complaint and otherwise states that the contract speaks for itself.

5. The third party defendant denies the allegations of Paragraph 5 of the Third Party Complaint and otherwise states that the contract speaks for itself.

6. The third party defendant is without sufficient knowledge to admit or deny the allegations of Paragraph 6.

7. The third party defendant is without sufficient knowledge to admit or deny the allegations of Paragraph 7.

8. The third party defendant is without sufficient knowledge to admit or deny the allegations of Paragraph 8.

## COUNT I

## CLAIM FOR CONTRIBUTION AGAINST PTG LOGISTICS, LLC

9. The third party defendant re-alleges and reaffirms its responses to the allegations contained in Paragraphs 1 through 8, inclusive, and incorporates same by reference herein.

10. The third party defendant admits the allegations of Paragraph 10 of the Third Party Complaint and otherwise states that the plaintiff's Complaint speaks for itself.

11. The third party defendant admits the allegations of Paragraph 11 of the Third Party Complaint and otherwise states that the Complaint speaks for itself.

12. The third party defendant admits the allegations of Paragraph 12 of the Third Party Complaint and otherwise states that the defendant/third party plaintiff's Answer speaks for itself

13. Denied.

## COUNT II

## CLAIM FOR INDEMNITY AGAINST PTG LOGISTICS, LLC

14. The third party defendant re-alleges and reaffirms its responses to the allegations contained in Paragraphs 1 through 13, inclusive, and incorporates same by reference herein.

15. The third party defendant admits the allegations of Paragraph 15 and otherwise states that the plaintiff's Complaint speaks for itself.

16. The third party defendant admits the allegations of Paragraph 16 in the Third Party Complaint and otherwise states that the defendant/third party plaintiff's Answer speaks for itself.

17. Denied.

18. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The defendant/third party plaintiff is estopped by its own conduct from recovering in this action.

**THIRD AFFIRMATIVE DEFENSE**

Provisions of defendant/third party plaintiff's contract and/or defendant/third party plaintiff's conduct are illegal and/or violate public policy and defendant/third party plaintiff's recovery is thereby barred.

**FOURTH AFFIRMATIVE DEFENSE**

The third party defendant states that the cause of action alleged in the Third Party Complaint of defendant/third party plaintiff was not brought within the time specified in the applicable statutes of limitation and defendant/third party plaintiff is therefore barred from recovery.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant/third party plaintiff has failed to perform as required by the contract and therefore is prohibited from enforcing the terms of the contract.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant/third party plaintiff, by its conduct, has waived the right to enforce the terms of the agreement referred to in the Complaint.

**SEVENTH AFFIRMATIVE DEFENSE**

The third party defendant limited its liability and defendant/third party plaintiff's recovery is therefore barred.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff and/or third party defendant failed to present a proper claim and defendant/third party plaintiff's recovery is therefore barred.

**NINTH AFFIRMATIVE DEFENSE**

The third party defendant states that plaintiff's and/or defendant/third party plaintiff's claim was not brought within the time specified in the applicable contract and the defendant/third party plaintiff's recovery is therefore barred.

## TENTH AFFIRMATIVE DEFENSE

The plaintiff's and/or defendant/third party plaintiff's damage or injury was caused by the plaintiff's and/or defendant/third party plaintiff's violation of law, statute or other regulation enacted to govern the conduct of the parties at the time and place of the alleged accident.

## ELEVENTH DEFENSE

The harm, if any, suffered by the plaintiff and/or defendant/third party plaintiff was caused by one for whose conduct the defendant is not legally responsible and the third party plaintiff's recovery is thereby barred.

## TWELFTH DEFENSE

This court lacks jurisdiction over the third party defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

The third party defendant states that the damages, if incurred, were due to the acts or faults of a third party, for which the third party defendant is not liable.

## FOURTEENTH AFFIRMATIVE DEFENSE

The third party defendant states that pursuant to the Carmack Amendment and/or the applicable tariffs, the liability of the third party defendant, if any, is limited.

## FIFTEENTH AFFIRMATIVE DEFENSE

The third party defendant states that pursuant to tariff and pursuant to conditions of carriages set forth in the relevant contract of transportation, the third party defendant is

not liable to plaintiff and/or the third party plaintiff, or, in the alternative, the third party's liability is limited.

### SIXTEENTH AFFIRMATIVE DEFENSE

The third party defendant states that its liability is governed by the terms and conditions of the Carmack Amendment, 49 E.U.S.C. § 14706.

### JURY CLAIM

The third party defendant, PTG Logistics, LLC, hereby demands a trial by jury as to all issues so tryable.

WHEREFORE, third party defendant respectfully requests that defendant/third party plaintiff's counterclaims be dismissed with prejudice, that judgment be rendered in its favor and against defendant/third party plaintiff, together with costs, fees, and such other and further relief as may be appropriate.

> Respectfully submitted,
> PTG Logistics, LLC
> By its attorney,
>
> s/ Andrew J. Fay
> _____
> Andrew J. Fay, Esquire (BBO #550058)
> Tobin, Sullivan, Fay & Grunebaum
> 60 William Street
> Wellesley, MA 02481
> (781)-237-0877