UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-12563-NG

AVNET, INC.,
    Plaintiff

VS.

BAX GLOBAL, INC.,
    Defendant-Third Party Plaintiff

VS.

PTG LOGISTICS, LLC,
    Third Party Defendant

**DEFENDANT, BAX GLOBAL, INC.'S, ASSENTED TO MOTION
TO CONTINUE INITIAL SCHEDULING CONFERENCE**

    Now comes the defendant, Bax Global, Inc., by its attorney, and moves this Honorable Court to continue the Initial Scheduling Conference scheduled for November 15, 2005. As a basis therefore, the defendant states that the undersigned will be out of town on that date and prays this matter be continued to a date convenient to the Court.

    The parties have assented to this motion.

        **Respectfully Submitted**

        By its attorney,

        **"/s/Robert E. Collins"**
        **Thomas J. Muzyka**
        **BBO NO. 365540**
        **Robert E. Collins**
        **BBO NO. 555843**
        One Washington Mall
        Suite 1400
        Boston, MA 02108
        (617) 723-9165

ASSENTED TO:

**"/s/David B. Wilson"**
**David B. Wilson**
**BBO NO. 548349**
**ROBINSON & COLE, LLP**
Attorney for Plaintiff
One Boston Place
Boston, MA 02108

**"/s/Andrew J. Fay"**
**Andrew J. Fay**
**BBO NO. 5500058**
**TOBIN, SULLIVAN, FAY**
  **& GRUNEBAUM**
Attorney for Third Party Defendant
60 William Street
Wellesley, MA  02481

Dated:    November 14, 2005